# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DAVID,<br><br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:20-cv-001347-SAB<br><br>ORDER DIRECTING CLERK'S OFFICE TO ISSUE SERVICE DOCUMENTS AND NEW CASE DOCUMENTS AND REQUIRING SERVICE OF THE COMPLAINT |

On September 22, 2020, David David ("Plaintiff") filed the complaint in this action seeking judicial review of the final decision of Defendant Commissioner of Social Security ("Defendant") denying his application for benefits under the Social Security Act.  (ECF No. 1.)  On this same date, the Office of the Clerk issued a notice that pursuant to General Order 615, this matter is stayed pending further order of the Court.

On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record.  Pursuant to the general order, all cases are stayed upon filing unless otherwise ordered by the court.  The Court finds that it is appropriate to direct service of the complaint in this action and the stay will go into effect upon service of the complaint.

Accordingly, the Office of the Clerk is directed to issue a summons and new case documents in this action.  Plaintiff shall serve the summons and complaint and is directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons

and complaint shall be served **within 20 days of the filing of the complaint.** Plaintiff shall promptly file proof of service with the Court upon completion of service.

IT IS SO ORDERED.

Dated:   **September 23, 2020**

_____
UNITED STATES MAGISTRATE JUDGE