# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DAVID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01347-SAB<br><br>ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO SERVE LETTER BRIEF<br><br>(ECF No. 14) |

On September 22, 2020, David David ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On June 2, 2021, a stipulation was filed to extend the time for Defendant to serve a confidential letter brief. (ECF No. 14.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the deadline for Defendant to serve a confidential letter brief on Plaintiff and file proof of service with the Court is extended until June 8, 2021.

IT IS SO ORDERED.

Dated: **June 2, 2021**

UNITED STATES MAGISTRATE JUDGE

1