UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID DAVID,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-01347-SAB<br><br>ORDER RE STIPULATION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)<br><br>(ECF No. 17) |

      On September 22, 2020, David David ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for disability benefits. (ECF No. 1.) The parties have consented to the jurisdiction of the United States magistrate judge and this matter has been reassigned to the undersigned for all purposes. (ECF Nos. 8, 9, 10.) On June 9, 2021, a stipulation was filed to remand this action for further administrative proceedings. (ECF No. 17.)

      Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

      1.     This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand;

      2.     All pending dates and matters are VACATED; and

1     3.      Judgment is ENTERED in favor of Plaintiff David David and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    **June 9, 2021**

UNITED STATES MAGISTRATE JUDGE